DAYLE ELIESON
United States Attorney
District of Nevada
NADIA J. AHMED
ALEXANDRA M. MICHAEL
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
nadia.ahmed@usdoj.gov
alexandra.m.michael@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAFIYYAH CHRISTOPHER,<br><br>Defendant. | 2:17-MJ-00107-VCF<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>**(Seventh Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and NADIA AHMED, Assistant United States Attorney, counsel for the United States of America, and Yi Lin Zheng, Esq., counsel for Defendant SAFIYYAH CHRISTOPHER, that the preliminary hearing date in the above-captioned matter, currently scheduled for June 18, 2018, at 4:00 p.m., be vacated and continued for forty-five (45) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. The defendant is out of the jurisdiction and her counsel will need additional time to prepare with the defendant for the preliminary hearing.

2. Counsel for the Government also needs additional time to prepare for the preliminary hearing.

3. Additionally, the parties are in negotiations to resolve the matter pre indictment.

4. The defendant is not in custody and does not oppose the continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. This is the seventh request for a continuance filed herein.

**DATED** this 15th day of June, 2018.

Respectfully submitted,

DAYLE ELISON
United State Attorney


*/s/ Nadia J. Ahmed*                                   */s/ Yi Lin Zheng*
NADIA J. AHMED                                         YI LIN ZHENG
Assistant United States Attorney                       Counsel for Defendant
Counsel for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:17-MJ-00107-VCF |
| v. | **ORDER** |
| SAFIYYAH CHRISTOPHER, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant is out of the jurisdiction and her counsel will need additional time to prepare with the defendant for the preliminary hearing.

2. Counsel for the Government also needs additional time to prepare for the preliminary hearing.

3. Additionally, the parties are in negotiations to resolve the matter pre indictment.

4. The defendant is not in custody and does not oppose the continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. This is the seventh request for a continuance filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny Defendant Christopher to potentially resolve the case pre-indictment, and if the case is not resolved pre-indictment, it further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing and for the government to have continuity of counsel, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendants' consent, pursuant to Federal Rules of Procedure 5.1(d).

## ORDER

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for June 18, 2018, at the hour of 4:00 p.m., be vacated and continued to August 2, 2018 at the hour of 4:00 pm, in Courtroom 3D.

DATED 15th day of June, 2018.

_____
CAM FERENBACH
United States Magistrate Judge