# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAFIYYAH CHRISTOPHER,<br><br>Defendant. | 2:17-MJ-00107-VCF<br><br>ORDER |

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
OCT - 9 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

Based on the pending Stipulation of counsel, and good cause appearing:

IT IS THEREFORE ORDERED that the hearing regarding conditions of pretrial release currently scheduled for October 10, 2018, at the hour of 3:30 p.m., be vacated and that the Defendant be released on her current conditions of pretrial release with the added condition that she temporarily reside at the Las Vegas Community Corrections Center until the Pretrial Services Office has verified and approved her transportation and residence in the District of Oregon and other relevant conditions of supervision.

DATED 10th day of Oct., 2018.

_____
CARL W. HOFFMAN
United States Magistrate Judge

1  verification process of Defendant's proposed release plan is complete. This

2  Stipulation is entered into for the following reasons:

3  1. On October 4, 2018, Defendant made her initial appearance on the

4  Petition for Action on Conditions of Pretrial Release (ECF No. 80).

5  2. The Court ordered Defendant detained pending a hearing on

6  pretrial release conditions, currently set for October 10, 2018, at 3:00 p.m.

7  3. Defendant, through counsel, has proposed a release plan that

8  requires verification by Pretrial Services.

9  4. The parties agree that Defendant shall be released to reside at the

10 Las Vegas Community Corrections Center while Pretrial Services completes

11 its verification of Defendant's proposed release plan.

12 5. Once verification is complete, the parties will submit a stipulation

13 with proposed conditions of release, or, if the parties cannot agree on

14 conditions of release, request that a hearing be set.

15 6. The parties agree that the ends of justice served by granting this

16 stipulation outweigh the best interest of the public and the Defendant in a

17 speedy hearing on conditions of release, as the additional time requested

18 herein is necessary to allow Pretrial Services to verify Defendant's proposed

19 release plan and for the parties to propose conditions of release that would

20 reasonably assure the appearance of Defendant and the safety of the

21 community.

22 //

23 //

24 //

1 | United States Pretrial Services Office verifies and approves Ms. Christopher's
2 | residence, employment, and other related conditions of release on supervision.
3 |     This stipulation is entered into for the following reasons:
4 |     1.   On October 9, 2018, the defendant appeared before United States
5 | Magistrate Judge Hoffman on her final revocation of pretrial release hearing. During
6 | this hearing the Court determined that she had violated her conditions of pretrial
7 | release but continued her on pretrial supervision. The Court temporarily detained
8 | the defendant and set a hearing on October 10, 2018, to allow the United States
9 | Pretrial Services Office to verify and approve her transportation back to Oregon, her
10 | residence there, and other relevant conditions. ECF No. 87.
11 |     2.   Pretrial Services here and in the District of Oregon require additional
12 | time to review, verify and approve transportation, housing, the status of the
13 | defendant's state case in Oregon, and determine other necessary conditions of
14 | supervision to address the defendant's prior violations.
15 |     3.   The parties thus jointly request that the Court vacate the hearing
16 | scheduled for October 10, 2018 at 3:30 pm and impose a condition of supervision in
17 | addition to her current conditions that she be temporarily housed in the Las Vegas
18 | Community Corrections Center (Halfway House) until the United States Pretrial
19 | Services Office has been able to address and resolve the above issues and conditions.
20 |     4.   The parties additionally request this temporary residence condition
21 | because they anticipate that the Defendant shall be required to attend court matters
22 | in this case in short order and therefore releasing her and ordering her to return to
23 |
24 |

Oregon immediately would create additional burdens for the Defendant and possibly time delay in resolving this matter. Thus, adding the condition that the defendant reside in the Las Vegas Community Corrections Center pending Pretrial Services' approval of residence and transportation allows the Defendant to reside in Las Vegas and attend hearings in this case here before returning to Oregon.

5. The defendant is in custody and does not oppose this request.

6. This is the first such request contained herein.

**DATED** this 10th day of October, 2018.

Respectfully submitted,

DAYLE ELISON
United State Attorney

| _/s/ Nadia J. Ahmed_ | _/s/ Yi Lin Zheng_ |
|---|---|
| NADIA J. AHMED | YI LIN ZHENG |
| Assistant United States Attorney | Counsel for Defendant |
| Counsel for the United States | |